# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NUMBER  13-0274** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **EDWARD A. JORDAN**<br>**a/k/a ANTHONY E. JORDAN** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that the Motion to Suppress [Doc. No. 21] filed by Defendant Edward A. Jordan is hereby DENIED.

MONROE, LOUISIANA, this 15th day of May, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE